# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

C.M.J.                                                    NO.   2024 CW 0467

VERSUS

L.M.C., WIFE OF C.M.J.                                    **JULY 15, 2024**

---

In Re:    Angela Cox Williams, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201113039.

---

BEFORE:    **WOLFE, HESTER, AND MILLER, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide a copy of any opposition and any attachments thereto filed by a party in the trial court or a statement by the applicant that no opposing written document was filed in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(9).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before July 29, 2024 and must contain a copy of this ruling.

**EW**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT